CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x



ANTHONY RICHARDSON,
Full name of plaintiff/prisoner ID#

      Plaintiff,

-against-

CITY OF NEW YORK Corr. CAPTAIN
SELLERS AND RESPONSE TEAM C.O.
AMKCC (C95) And C.O. COLONS W/9 VA
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

      Defendants.
-----------------------------------------------------x



JURY DEMAND
YES ✓  NO ____

MATSUMOTO, J.
KUO, M.J.

RECEIVED
APR 26 2016
PRO SE OFFICE

I. Previous Lawsuits:

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

     Plaintiffs: _____
         _____

     Defendants: _____
         _____

    2. Court (if federal court, name the district;
      if state court, name the county)

     _____

    3. Docket Number: _____

1

    4. Name of the Judge to whom case was assigned: _____

    5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II.   Place of Present Confinement: AMKC (C-95) RIKERS ISLAND

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

    C. If your answer is YES,

        1. What steps did you take? Filed a grievance complaint

        2. What was the result? Grievance was forward to The Warden MINGO

    D. If your answer is NO, explain why not _____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

    F. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

2

III. Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff ANTHONY RICHARDSON

Address 1818 Hazen St, Queens, NY, 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   CAPTAIN SELLERS (C-95)
1818 HAZEN ST
Queens, NY, 11370

Defendant No. 2   RESPONSE TEAM C.O.'s on 3-26-16
1818 HAZEN ST       (C-95)
Queens, NY, 11370

Defendant No. 3   C.O. COLON of West 19 upper
A STATION. 1818 HAZEN ST
Queens, NY, 11370

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.   Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On 3-26-16 A.M. West 19 upper "A STATION." CO Colon, came to the recreation room on the "B side", stated "The Recreation room is closed everyone take it to your beds." "I voiced my opinion about her following chain of command" before you just shut the unit down." Colon, told me to pack up or contraband will be found in my property by the search team. ERU came onto W19UB had everyone go to their beds. Captain: Sellers - called for Jones and Richardson, A. We were handcuffed, escorted through the hallways to the Drug testing area and placed inside a 4½ FT by 4½ FT cell from 3-26-16 A.M. until 3-28-16 P.M.. I was denied lunch, Dinner, and medication Saturday, Sunday I was denied breakfast, Lunch/dinner, Monday denied breakfast, Lunch. The cameras will show me being taken inside the "Drug testing area" and come out on Sunday P.M. to get my meds and return, come out & housed Monday afternoon. * Never Received any infraction/Ticket *
5th, 6th, 8th, 14th state/federal const. amend

IV.A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

As a result of Captain: Sellers, having his officer place me in that 4½ FT by 4½ FT cell, this triggered my anxiety attacks, I injured my right big toe and head fight these anxiety attacks. I requested a doctor, no escort ever came. I am having more anxiety attack now than before. I banged my head and my shoulder and back hurts from being cramp inside that very small cell.

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

THaT CapTain. Spllees. be Suspended For two years without Pay. $750,000 and 500,000 For Future mental treatment and s issues. 75,000 each C.O. involved.

I declare under penalty of perjury that on April 22, 2016, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 22nd day of April, 2016. I declare under penalty of perjury that the foregoing is true and correct.

Richardson, Anthony
Signature of Plaintiff

AMKC (C-95)
Name of Prison Facility

18 18 Hazen ST
Queens, NY. 11370
Address

9861500580
Prisoner ID#

5